# Exhibit 1

## Plaintiff's Copyrighted Works – US Copyright Registrations and Deposited Artworks

**Registration Number**

# VA 2-476-826

**Effective Date of Registration:**
January 16, 2026
**Registration Decision Date:**
January 20, 2026

## Title

**Title of Work:**  Birthday Moli

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 01, 2017
**Nation of 1st Publication:** China

## Author

- **Author:** Yan He
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China

- **Author:** Jiuzhou Liu
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:**  Yan He
Building 11, Unit 2, No. 7 Lvyuan Road, Liandu District, Lishui, 323000, China

## Rights and Permissions

**Name:** Yan He
**Email:** hia@mpintoys.com
**Telephone:** +8618905780578
**Address:** Building 11, Unit 2, No. 7 Lvyuan Road

Page 1 of 2

Liandu District
Lishui 323000 China

## Certification

**Name:** Diqing Yu
**Date**: January 16, 2026

**Correspondence:** Yes



Birthday Moli

**Registration Number**

# VA 2-470-123

**Effective Date of Registration:**
December 04, 2025
**Registration Decision Date:**
December 05, 2025

## Title

      **Title of Work:**   LOVE MOLI

## Completion/Publication

      **Year of Completion:** 2007
  **Date of 1st Publication:** October 01, 2017
  **Nation of 1st Publication:** China

## Author

-       **Author:** Yan He
    **Author Created:** 2-D artwork
 **Work made for hire:** No
      **Citizen of:** China

## Copyright Claimant

  **Copyright Claimant:** Yan He
Building 11, Unit 2, No. 7 Lvyuan Road, Liandu District, Lishui, 323000, China

## Rights and Permissions

      **Name:** Yan He
     **Email:** hia@mpintoys.com
 **Telephone:** +8618905780578
  **Address:** Building 11, Unit 2, No. 7 Lvyuan Road
Liandu District
Lishui 323000 China

## Certification

**Name:** Diqing Yu
**Date**: December 04, 2025
**Applicant's Tracking Number**: CPUSAPP251204C

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).



Love Moli

**Registration Number**

# VA 2-470-126

**Effective Date of Registration:**
December 04, 2025
**Registration Decision Date:**
December 05, 2025

## Title

**Title of Work:**   MOON MOLI

## Completion/Publication

**Year of Completion:**   2007
**Date of 1st Publication:**   October 01, 2017
**Nation of 1st Publication:**   China

## Author

- **Author:**   Yan He
**Author Created:**   2-D artwork
**Work made for hire:**   No
**Citizen of:**   China

## Copyright Claimant

**Copyright Claimant:**   Yan He
Building 11, Unit 2, No. 7 Lvyuan Road, Liandu District, Lishui, 323000, China

## Rights and Permissions

**Name:**   Yan He
**Email:**   hia@mpintoys.com
**Telephone:**   +8618905780578
**Address:**   Building 11, Unit 2, No. 7 Lvyuan Road
Liandu District
Lishui 323000 China

## Certification

|  |  |
|---|---|
| **Name:** | Diqing Yu |
| **Date**: | December 04, 2025 |
| **Applicant's Tracking Number**: | CPUSAPP251204D |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H). |



Moon Moli

**Registration Number**

# VA 2-470-124

**Effective Date of Registration:**
December 04, 2025
**Registration Decision Date:**
December 05, 2025

## Title

**Title of Work:** MPIN MOLI

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 01, 2017
**Nation of 1st Publication:** China

## Author

- **Author:** Yan He
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Yan He
Building 11, Unit 2, No. 7 Lvyuan Road, Liandu District, Lishui, 323000, China

## Rights and Permissions

**Name:** Yan He
**Email:** hia@mpintoys.com
**Telephone:** +8618905780578
**Address:** Building 11, Unit 2, No. 7 Lvyuan Road
Liandu District
Lishui 323000 China

## Certification

|  |  |
|---:|---|
| **Name:** | Diqing Yu |
| **Date**: | December 04, 2025 |
| **Applicant's Tracking Number**: | CPUSAPP251204B |

---

|  |  |
|---:|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H). |



Mpin Moli

**Registration Number**

# VA 2-470-121

**Effective Date of Registration:**
December 04, 2025
**Registration Decision Date:**
December 05, 2025

## Title

**Title of Work:** VEX MOLI

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 01, 2017
**Nation of 1st Publication:** China

## Author

- **Author:** Yan He
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Yan He
Building 11, Unit 2, No. 7 Lvyuan Road, Liandu District, Lishui, 323000, China

## Rights and Permissions

**Name:** Yan He
**Email:** hia@mpintoys.com
**Telephone:** +8618905780578
**Address:** Building 11, Unit 2, No. 7 Lvyuan Road
Liandu District
Lishui 323000 China

## Certification

|  |  |
|---|---|
| **Name:** | Diqing Yu |
| **Date**: | December 04, 2025 |
| **Applicant's Tracking Number**: | CPUSAPP251204A |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H). |



Vex Moli