**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Lishui Mpin Toys Co., Ltd. | Case No. 1:26-cv-945 |
| Plaintiff, | |
| vs. | **District Judge**: |
| | Honorable Matthew F. Kennelly |
| Sentk LLC, | |
| J & Y Stucco LLC, | |
| Heyblack International Trade Inc., | **Magistrate Judge**: |
| Shenzhen Yongsheng Technology Co., Ltd., and | Honorable Albert Berry, III |
| Qin Lu. | |
| Defendants. | |

**JOINT DECLARATION OF YAN HE AND JIUZHOU LIU IN SUPPORT OF**
**PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**

We, Yan He and Jiuzhou Liu, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. We are the co-founders and equal shareholders of Lishui Mpin Toys Co., Ltd. ("Plaintiff" or "Mpin"). We have personal knowledge of the facts set forth in this Declaration and, if called as witnesses, could and would testify competently thereto.

2. Plaintiff is the exclusive licensee, with full enforcement rights, of the Copyrighted Works at issue in this action. These works include U.S.-registered 2-D artworks and forty-five (45) foreign copyrighted works first published in China and protected under the Berne Convention.

3. We are graphic artists and are the original authors and owners of the Copyrighted Works, which we have exclusively licensed to Plaintiff.

4. These Copyrighted Works form the creative basis for Plaintiff's high-quality building block toys, known as "Mpin Products." The sculptural works have been created based on the original 2-D artworks.

5. Plaintiff has invested substantial time and resources into the development,

1

commercialization, marketing, and promotion of these works, including a yearly marketing expenditure of approximately $790,000. These efforts build recognition and goodwill related to the designs and creative works among consumers and resellers and include marketing events such as attending toy fairs each year.

6. We make screenshots all pertinent listings of the three "WinkToys" branded Internet Stores operated by Defendants on the TikTok Shop platform and have personally compared the listings and our copyrights. Based on our review, the products sold by Defendants as listed in Exhibit 5 to the Complaint are exact copies or unauthorized derivatives of the Mpin Products. A chart of infringement is attached hereto as Exhibit 1. The pricing ranges of Infringing Products are similar to our own Mpin Products.

7. We have confirmed that test orders placed with the Defendant Internet Stores were fulfilled and successfully shipped to addresses within the Northern District of Illinois. All shipments are from the same warehouse location in Texas. The order number and tracking information is listed below. The shipment tracking webpages are attached hereto as Exhibit 2.

| TikTok Shop Name | Order Number | Order Date | Tracking Information | Arrival Date in IL |
|---|---|---|---|---|
| Winktoys Blocks Wonderland | 577219772568604958 | 12/9/2025 | Carrier: USPS 9234690406433803643456 | 12/16/2025 |
| Winktoys Blocks World | 577169259861545472 | 11/5/2025 | Carrier: USPS 9214490374017136674734 | 11/12/2025 |
| Winktoys building block | 577170401411567902 | 11/5/2025 | Carrier: UniUni CBT UUS5B75596247598197 | 11/12/2025 |
| Winktoys building block | 577170397286994206 | 11/5/2025 | Carrier: UniUni CBT UUS5B75596247597975 | 11/12/2025 |

8. On the received packages, they were product labels that clearly stated that the manufacturer was Shenzhen Yongsheng Technology Co., Ltd.

9.  We investigated and found that Shenzhen Yongsheng Technology Co., Ltd. and Qin Lu have obtained registrations for works that are believed to be derivatives of our original Copyrighted Works. Qin Lu has used the registration to file DMCA takedown notices against Plaintiff's authorized resellers on the product that is protected under our own Copyrighted Works.

10. We further found that Qin Lu is the majority shareholder (70% of shares) and executive director of Shenzhen Yongsheng Technology Co., Ltd. based on the company registration information in China.

11. The "WinkToys" trademark that these three TikTok Shops use in their trade names belongs to Tmmgo Nutrition Inc., a company registered in California. Haojie Chen is the director and principal of Tmmgo Nutrition Inc. Haojie Chen is also a shareholder (20%) and supervisor of Shenzhen Yongsheng Technology Co., Ltd.

12. The continued sale of these infringing products causes immediate and irreparable harm to Plaintiff's reputation, diminishes our hard-earned goodwill, and results in a loss of market share that cannot be adequately compensated by money damages alone.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on this 29th day of January, 2026.**

_____
Yan He

_____
Jiuzhou Liu

Date: 1/29/2026

Date: 1/29/2026

3

# Exhibit 1

| Copyrighted Works | Infringing Products and Associated Listing |
|---|---|
|  2D artwork protected under US Copyright Registration No. VA 2-470-121.  Toy sculpture artwork protected under China Copyright Registration no. Qian-Zuo-Deng-Zi-2022-F-00435801 |  Physical Product sold by Defendants  TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks Wonderland* |



TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks World*

TikTok Shop listing of Infringing Product by Defendant *Winktoys building block*

| Copyrighted Works | Infringing Products and Associated Listing |
|---|---|
| <br><br>2D artwork protected under US Copyright Registration No. VA 2-476-826 | <br><br>TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks Wonderland* |
| <br><br>Toy sculpture artwork protected under China Copyright Registration no. Qian-Zuo-Deng-Zi- | <br><br>TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks World* |

2024-F-01236859



**TikTok Shop listing of Infringing Product by Defendant *Winktoys building block***

| Copyrighted Works | Infringing Products and Associated Listing |
|---|---|
|  2D artwork protected under US Copyright Registration No. VA 2-470-123 <br><br> Toy sculpture artwork protected under China Copyright Registration no. Qian-Zuo-Deng-Zi-2022-F-00435396 | TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks Wonderland* <br><br> TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks World* |



**TikTok Shop listing of Infringing Product by Defendant** *Winktoys building block*

| Copyrighted Works | Infringing Products and Associated Listing |
|---|---|
| <br><br>2D artwork protected under US Copyright Registration No. VA 2-470-124<br><br><br><br>Toy sculpture artwork protected under China Copyright Registration no. Qian-Zuo-Deng-Zi-2022-F-00484331 | <br><br>TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks Wonderland*<br><br><br><br>TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks World* |



TikTok Shop listing of Infringing Product by Defendant *Winktoys building block*

| Copyrighted Works | Infringing Products and Associated Listing |
| --- | --- |
|  2D artwork protected under US Copyright Registration No. VA 2-470-126 |  TikTok Shop listing of Infringing Product by Defendant *Winktoys Blocks Wonderland* |
|  Toy sculpture artwork protected under China Copyright Registration no. Qian-Zuo-Deng-Zi-2022-F-00435805 |  TikTok Shop listing of Infringing Product by Defendant *Winktoys building block* |

# Exhibit 2

**ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND …**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9234690406433803643456

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 4:09 pm on December 16, 2025 in ELMHURST, IL 60126.

_____

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**

ELMHURST, IL 60126
December 16, 2025, 4:09 pm

**Redelivery Scheduled for Next Business Day**

ELMHURST, IL 60126
December 15, 2025, 6:27 pm

**Out for Delivery**

ELMHURST, IL 60126
December 15, 2025, 8:09 am

**Arrived at Post Office**

ELMHURST, IL 60126
December 15, 2025, 7:58 am

**Arrived at USPS Facility**

ELMHURST, IL 60126
December 15, 2025, 7:04 am

**Departed USPS Facility**

BLOOMINGDALE, IL 60108

Feedback

December 15, 2025, 6:34 am

**Arrived at USPS Facility**

BLOOMINGDALE, IL 60108
December 15, 2025, 6:29 am

**Departed USPS Regional Facility**

CAROL STREAM IL DISTRIBUTION CENTER
December 15, 2025, 5:58 am

**Arrived at USPS Regional Facility**

CAROL STREAM IL DISTRIBUTION CENTER
December 15, 2025, 12:32 am

**In Transit to Next Facility**

December 14, 2025, 8:54 pm

**Departed USPS Facility**

OLATHE, KS 66061
December 14, 2025, 2:00 pm

**Arrived at USPS Facility**

OLATHE, KS 66061
December 13, 2025, 7:12 am

**In Transit to Next Facility**

December 12, 2025, 6:20 pm

**In Transit to Next Facility**

December 12, 2025, 7:15 am

**Departed USPS Regional Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
December 12, 2025, 1:35 am

**Arrived at USPS Regional Origin Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
December 11, 2025, 11:16 pm

**USPS picked up item**

NORTH HOUSTON, TX 77315
December 10, 2025, 4:08 pm

**Shipping Label Created, USPS Awaiting Item**

KATY, TX 77449
December 10, 2025, 1:27 am

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND …**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 92144903740017136674734

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 2:44 pm on November 12, 2025 in ELMHURST, IL 60126.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**

ELMHURST, IL 60126
November 12, 2025, 2:44 pm

**Out for Delivery**

ELMHURST, IL 60126
November 12, 2025, 6:10 am

**Arrived at Post Office**

ELMHURST, IL 60126
November 12, 2025, 5:11 am

**Arrived at USPS Facility**

ELMHURST, IL 60126
November 12, 2025, 1:35 am

**In Transit to Next Facility**

November 12, 2025, 1:26 am

**Departed USPS Regional Facility**

CAROL STREAM IL DISTRIBUTION CENTER

Feedback

November 12, 2025, 1:03 am

**Arrived at USPS Regional Destination Facility**

CAROL STREAM IL DISTRIBUTION CENTER
November 11, 2025, 3:55 pm

**In Transit to Next Facility**

November 10, 2025

**Arrived at USPS Regional Origin Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
November 9, 2025, 5:05 pm

**USPS picked up item**

NORTH HOUSTON, TX 77315
November 7, 2025, 4:04 pm

**Shipping Label Created, USPS Awaiting Item**

November 7, 2025, 1:24 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



Services ⌄  Resources  About Us ⌄  Get A Quote  English ⌄

# Track your packages

### Track your package

| UUS5B75596247597975 | Track |

Enter up to 25 items, separated by commas.



| Tracking No. | Status | More ⌄ |

● Delivered. (For assistance, please contact Customer Service: (516) 272- 8768)

**UUS5B75596247597975** ⌃

| 12:03:57 2025-11-12 | ● | **Delivered. (For assistance, please contact Customer Service: (516) 272- 8768).** Elmhurst Illinois **View Delivery Confirmation** |
| 07:30:32 2025-11-12 | | **Out for delivery.** Elmhurst Illinois |
| 07:24:46 2025-11-12 | | **Arrival scan.** Chicago IL |
| 08:44:03 2025-11-09 | | **Gateway transit in.** Houston TX |
| 07:48:31 2025-11-07 (UTC) | | **Order received.** UNI DATA CENTER |

Contact Customer Service for Help



# 365-Day Delivery
# in the U.S.A.!

Click **here** for our non-delivery holidays in **Canada**.



Services ⌄    Resources    About Us ⌄    Get A Quote    English ⌄

# Track your packages



**Track your package**

| UUS5B75596247598197 | Track |

Enter up to 25 items, separated by commas.

| Tracking No. | Status | More ⌄ |

● Delivered. (For assistance, please contact Customer Service: (516) 272- 8768)

**UUS5B75596247598197** ⌃

12:07:52
2025-11-12
● **Delivered. (For assistance, please contact Customer Service: (516) 272- 8768).**
Elmhurst Illinois
**View Delivery Confirmation**

07:30:32
2025-11-12
**Out for delivery.**
Elmhurst Illinois

06:16:16
2025-11-12
**Arrival scan.**
Chicago IL

10:18:39
2025-11-11
**Gateway transit in.**
Chicago IL

07:48:33
2025-11-07 (UTC)
**Order received.**
UNI DATA CENTER

Contact Customer Service for Help



**365-Day Delivery**