# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Lishui Mpin Toys Co., Ltd.

    Plaintiff,

vs.

Sentk LLC,
J & Y Stucco LLC,
Heyblack International Trade Inc.,
Shenzhen Yongsheng Technology Co., Ltd., and
Qin Lu.

    Defendants.

Case No. 1:26-cv-945

**District Judge**:

Honorable Matthew F. Kennelly

## EX PARTE TEMPORARY RESTRAINING ORDER

Plaintiff, Lishui Mpin Toys Co., Ltd., filed an e*x parte* motion for temporary restraining order, including a temporary injunction against Defendants, enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Products, a temporary asset restraint, and expedited discovery.

After a review of the Moving Documents, the Complaint, evidence submitted through exhibits and declarations, and the public record which it incorporates, and the full record of the claim, the Court grants the Plaintiff's Motion in its entirety.

This Court finds, in the absence of adversarial presentation, that Plaintiff has provided a basis to conclude that Defendants have sold unauthorized products ("Infringing Products") through

TikTok Shop platforms that infringe Plaintiff's United States Copyright Registration No. VA 2-470-124 (MPIN MOLI), VA 2-470-121 (VEX MOLI), VA 2-470-126 (MOON MOLI), VA 2-470-123 (LOVE MOLI), and VA 2-476-826 (BIRTHDAY MOLI) as well as Foreign Copyrighted Works completed and registered in the People's Republic of China protected in the United States through Berne Convention and pursuant to 17 U.S.C. § 104 as listed in Exhibit 1 to the Complaint (collectively "Copyrighted Works").

This Court also finds that issuing this Order without prior notice to Defendants pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate in this case because the Plaintiff has shown that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. In the absence of an *ex parte* Order for assets, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts or evade liabilities of infringement.

On this basis, the Court Orders as follows:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a) offering for sale, selling, and importing the Infringing Products;

    b) aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Products; and

    c) effecting assignments or transfers, forming new entities or associations or utilizing

any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for Defendants or in connection with any of Defendants Internet Stores as listed in Exhibit 1 to this Order in, including, without limitation, any online marketplace platforms such as TikTok Shop platform (run by TikTok Inc., BD TikTok USA LLC, TikTok USDS Joint Venture LLC and/or their respective parents, subsidiaries, and affiliates where applicable, hereinafter "TikTok" collectively) and any financial institutes or payment processers such as PayPal, Stripe, Apple Pay, Google Pay, Klarna, Wise, Afterpay (or Clearpay), and Affirm (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of such notice and request, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a) the identity and location of Defendants Internet Stores, including details of entities which registered and managed the Defendants Internet Stores, all known contact information and all associated e-mail addresses;

b) the nature of Defendants Internet Stores' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants Internet Stores' financial accounts, as well as providing a full accounting of Defendants Internet

Stores' sales and listing history related to Defendants Internet Stores; and

c) any financial accounts owned or controlled by Defendants Internet Stores, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Stripe, Apple Pay, Google Pay, Klarna, Wise, Afterpay (or Clearpay), and Affirm, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Plaintiff is authorized to issue any such enforcement requests via e-mail. Upon Plaintiff's request, those with notice of the injunction, including any TikTok entities and Third-Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants Internet Stores in connection with the sale of the Infringing Products, including, without limitations:

a) Immediately disable all Infringing Product listings identified by the provided URLs attached to this Order as Exhibit 2 or any additional newly added URLs of Infringing Products in the Defendants Internet Stores.

b) Freeze all funds, including pending settlements and future sales, associated with the Internet Stores as listed in Exhibit 1.

c) Prevent the creation of new seller accounts by the same individuals or entities identified in Exhibit 1.

4. Defendants shall be temporarily restrained and enjoined from transferring or disposing

of any money or other of Defendants' assets until further ordered by this Court.

5. Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail. The expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, can be related to:

   a) the identity and location of Defendants, including all known contact information and all associated e-mail address;

   b) the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to its Internet Stores; and

   c) any financial accounts owned or controlled by Defendant, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Stripe, Apple Pay, Google Pay, Klarna, Wise, Afterpay (or Clearpay), and Affirm, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Plaintiff shall deposit with the Court three thousand dollars ($3,000), either cash or surety bond, as security, which amount was determined adequate for the payment of

such damages as Defendant Internet Stores may be entitled to recover as a result of a wrongful restraint hereunder.

7.  Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

8.  This Temporary Restraining Order without notice is entered at 7:45 PM on this 4th day of February 2026 and shall remain in effect for fourteen (14) days.

_____
Matthew F. Kennelly
United States District Judge

# Exhibit 1

## Defendants Internet Stores

| Entity | Store Name | Username | Store URL |
|---|---|---|---|
| Sentk LLC | WinkToys Blocks Wonderland | @winktoys.shop | https://www.tiktok.com/shop/store/winktoys-blocks-wonderland/7495950944534235423 |
| J & Y Stucco LLC | WinkToys Blocks World | @winktoys_official | https://www.tiktok.com/shop/store/winktoys-blocks-world/7495887691116481423 |
| Heyblack International Trade Inc. | WinkToys building block | @winktoys.bear | https://www.tiktok.com/shop/store/winktoys-building-block/7495899232226871439 |

# Exhibit 2

## URLs of Infringing Products

1. WinkToys Blocks Wonderland

https://www.tiktok.com/shop/pdp/building-block-bear-from-winktoys-educational-decorative-gift/1729760573106458911

https://www.tiktok.com/shop/pdp/building-block-kitten-by-winktoys-cat-toys-for-ages-6-and-up/1730753543520555295

https://www.tiktok.com/shop/pdp/free-gift-2000pcs-bear-building-blocks-set-random-style/1731719490285834527

https://www.tiktok.com/shop/pdp/rabbit-building-block-set-by-winktoys-creative-fun-for-ages-6/1729837839778156831

https://www.tiktok.com/shop/pdp/winktoys-champion-racer-bear-building-blocks-toy-set-for-kids/1731563514451628319

https://www.tiktok.com/shop/pdp/building-block-toy-by-winktoys-bear-educational-gift-for-ages-6/1730882029006131487

https://www.tiktok.com/shop/pdp/bouquet-bear-building-block-educational-toy-by-winktoys-6-69x5-91in/1730882108697121055

2. Winktoys Blocks World

https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-ages-6/1729823054198707087

https://www.tiktok.com/shop/pdp/rabbit-building-block-set-by-winktoys-for-kids-6-diy-puzzle-kit/1729836645854319503

https://www.tiktok.com/shop/pdp/2000pcs-bear-building-blocks-winktoys-fun-toy-set-includes-parts/1731719274691466127

3. Winktoys building block

https://www.tiktok.com/shop/pdp/building-block-bear-by-winktoys-educational-toy-for-ages-6-

[and-up/1729696674697154703](https://www.tiktok.com/shop/pdp/and-up/1729696674697154703)

[https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-boys-girls/1730294099130617999](https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-boys-girls/1730294099130617999)

[https://www.tiktok.com/shop/pdp/free-gift-2000pcs-bear-building-blocks-set-for-kids-adults/1731719213572460687](https://www.tiktok.com/shop/pdp/free-gift-2000pcs-bear-building-blocks-set-for-kids-adults/1731719213572460687)

[https://www.tiktok.com/shop/pdp/kitten-building-block-by-winktoys-cool-cat-toys-gift-idea/1731191920598028431](https://www.tiktok.com/shop/pdp/kitten-building-block-by-winktoys-cool-cat-toys-gift-idea/1731191920598028431)

[https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-educational-gift-for-boys-girls/1730911331044659343](https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-educational-gift-for-boys-girls/1730911331044659343)