# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Lishui Mpin Toys Co., Ltd. | Case No. 1:26-cv-945 |
| Plaintiff, | |
| vs. | |
| Sentk LLC, | **District Judge**: |
| J & Y Stucco LLC, | Honorable Matthew F. Kennelly |
| Heyblack International Trade Inc., | |
| Shenzhen Yongsheng Technology Co., Ltd., and | |
| Qin Lu. | |
| Defendants. | |

## Affidavit

I, D. Vincent Yu, being duly sworn, hereby declare and state as follows:

1.  I, am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I represent Plaintiff, Lishui Mpin Toys Co., Ltd. ("Plaintiff"). Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.  Defendants' official Internet Stores on TikTok (specifically @winktoys.shop, @winktoys_official, and @winktoys.bear) utilize a unified email address for customer communication: business@winktoys.com. While these stores identify the names of the entities associated with each shop, the platform does not display physical business addresses or specific corporate registration details.

1

3. I conducted a search for "Sentk LLC," "J & Y Stucco LLC," and "Heyblack International Trade Inc." via public corporate databases and official state corporate registries. I identified three domestic entities sharing these exact names. Due to the lack of registration details provided by the TikTok Shop platform, it cannot be definitively ascertained at this stage whether these specific domestic entities are the Defendants in this matter.

4. Sentk LLC is a California limited liability company with a principal business address at 8902 Marshall St, Apt B, Rosemead, CA 91770. A search of this address via Google reveals the location is a residential apartment. Multiple unrelated businesses appear to use this same residential suite as a registration address. Screenshots of this company information and the search results are attached as Exhibits 4 and 5.

5. J & Y Stucco LLC is a Florida limited liability company with a principal business address at 1958 S Viscaya Cir, Deltona, FL 32738. A search of this address reveals it is a private residence. Multiple businesses appear to share this address. There are no outward signs of a commercial e-commerce operation at this location. Screenshots are attached as Exhibits 6 and 7.

6. Heyblack International Trade Inc. is a New York corporation. According to the New York Department of State, its address for service of process is 52-14 Flushing Avenue, Maspeth, NY 11378. My investigation shows this address belongs to an unrelated heating company, "Ace-Atlas," and appears to serve merely as a mail drop or forwarding address or simply just false. There is no evidence of an e-commerce business operating at this site. See Exhibits 8 and 9.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Dated: February 6, 2026.

*/s/ D. Vincent Yu*

D. Vincent Yu
NY Bar No. 4895058
Admitted to N.D. Ill.
EBIZ LAW LLC
1178 Broadway, 3rd Floor #3142
New York, NY 10001
Mobile: (212) 960-3558
Email: vincent.yu@ebiz.law