# Exhibit 1







# Exhibit 2





# Exhibit 3





## About this shop

### Winktoys Blocks World
Follow

### Seller info

J & Y STUCCO LLC

The seller is legally required to supply products that comply with the information provided to you.



## About this shop ✕

### Winktoys building block ✔
Follow

**⊘ Verified Seller**

This seller has successfully passed a verification process that validates their authenticity.

**⌂ Seller info**

HEYBLACK INTERNATIONAL TRADE INC.

The seller is legally required to supply products that comply with the information provided to you.

# Exhibit 4

🔍 Search company or agent name

Home › California › Rosemead

# Sentk LLC

**Active**   Updated 7/15/2025 12:00:00 AM

Sentk LLC is a business entity based in Rosemead, CA. Established recently on September 20, 2024, this Limited Liability Company is recognized under the document number 202463915701. Governed by the California Secretary of State, the company is listed in active status in state records.

The principal and mailing address of the company is situated at 8902 Marshall St Apt B, Rosemead, CA 91770. This address serves as the central hub for the company's activities and communications.

Overseeing the operations and compliance of this Limited Liability Company is Haosen Lu, who serves as the registered agent. He is based at the same address as the company's principal address.

The company is led by a team of key individuals: Haosen Lu from Rosemead CA, holding the position of Manager.

## ⓘ Filing information

| | |
|---|---|
| Company Name | Sentk LLC |
| Entity type | Limited Liability Company |
| Governing Agency | California Secretary of State |
| Document Number | 202463915701 |
| Date Filed | September 20, 2024 |
| Company Age | 1 year 4 months |
| State | CA |
| Status | **Active** |
| Formed In | California |
| **Standing** | |
| Secretary of State | Good |
| Franchise Tax Board | Good |
| Agent | Good |

| | |
|---|---|
| Victims of Corporate Fraud Compensation Fund | Good |
| Type of Business | Online Retail |

*The data on Sentk LLC was extracted from the California Secretary of State's Registry (https://bizfileonline.sos.ca.gov/search/business/) as of 7/15/2025.*

## ☎ Company Contacts

### ⦾ Principal Address

8902 Marshall St Apt B
Rosemead, CA 91770
**Principal address for 4 entities. See all →**

### ✉ Mailing Address

8902 Marshall St Apt B
Rosemead, CA 91770

### ⧑ Agent

Individual
**Haosen Lu**
8902 Marshall St Apt B
Rosemead, CA 91770

### ⧑ Principal(s)

Manager
**Haosen Lu**
8902 Marshall St Apt B
Rosemead, CA 91770

## Discover, Verify, and Trust — with BizProfile

BizProfile helps you make confident business decisions by giving you instant access to official U.S. company registration data — all in one place. Whether you're verifying a new partner, preparing for a deal, or exploring market opportunities, our data turns uncertainty into clarity.

**Due Diligence & Risk Checks**
Before signing a contract, quickly verify a company's legal status, incorporation date, officers, and registered address. Identify inactive or suspicious entities before they become a problem.

**KYC & Compliance Verification**

Meet your compliance requirements effortlessly. Cross-check company information, EINs, and key personnel to ensure accuracy and prevent fraud.

**Lead Generation & Sales Intelligence**

Find potential clients or suppliers by industry, state, or company size. Use BizProfile data to build targeted prospect lists and enrich your CRM with verified business information.

**Competitive & Market Research**

Explore corporate networks, identify emerging players, and analyze competitors' structures and activity across states. Gain insight into new markets with up-to-date public records.

**Payment & Contract Accuracy**

Validate legal names, EINs, and registered addresses before issuing invoices or making payments — reducing costly errors and rework.

**Legal & Investigative Work**

Support case preparation and background research with official company data, including officer history and filing records.

---

ⓘ **Events**

**Event Type**  Statement of Information
**Filed Date**  12/15/2024
**Effective Date**
**Description**
Annual Report Due Date
From: 12/19/2024 12:00:00 Am
To: 9/30/2026 12:00:00 Am

Labor Judgement
From:
To: N

**Event Type**  Initial Filing
**Filed Date**  09/20/2024
**Effective Date**
**Description**

---

🗗 Document Images

🗓 12/15/2024 – Statement of Information

View image in PDF

## ⦿ Other companies in Rosemead

[Chronos & Cosmos](#)

[Goodway Trading Inc.](#)

[Shao CA Fleet LLC](#)

Bizprofile.net is an online directory offering comprehensive information on registered business entities across the US

Home   About   Get in touch

**info@bizprofile.net**   Privacy policy   Terms of Use

© 2025 Outer Alignment Media Inc. All rights reserved

# Exhibit 5

   8902 Marshall St Apt B, Rosemead, CA

AI Mode   All   Maps   Images   Shopping   Short videos   Videos   More ⌄   Tools ⌄



## 8902 Marshall St b

Rosemead, CA 91770



Share

 Redfin
https://www.redfin.com › California › Rosemead

### 8902 Marshall St, Rosemead, CA 91770

**18 beds, 27 baths, 8556 sq. ft. multi-family (5+ unit)** located at 8902 Marshall St, Rosemead, CA 91770 sold for $420000 on Jan 22, 1986.

 Apartments.com
https://www.apartments.com › ... › San Gabriel Valley

### 8902 Marshall St Rosemead, CA 91770

These apartments are **located on Marshall St. in the 91770 area of Rosemead**. The professional leasing team is ready and waiting for you to come by to check us ...   Read more



Bizprofile
https://www.bizprofile.net › California › Rosemead

## Long Hang Trucking Inc Rosemead, CA - filing information

**Long Hang Trucking Inc is a Rosemead, CA based company** incorporated on August 20, 2024. Filing details extracted from the California Secretary of State's ...



B2BHint
https://b2bhint.com › company › us-ca › sentk-llc--202...

## SENTK LLC – 202463915701 – California

SENTK LLC American (California) company, Company number: 202463915701, Incorporation Date Sep 20, 2024;, Address: **8902 MARSHALL ST, APT B, ROSEMEAD, CA**, ...



Cyber Background Checks
https://www.cyberbackgroundchecks.com › address › ca

## Info Found for 8902 Marshall St Apt B Rosemead, CA

**104 results for 8902 Marshall St Apt B Rosemead, CA** · Jun Dai Age: 67 · Qianru Han Age: 32 · Qin Zhu Age: 67 · Qin Zhu Age: 54 · Xin Sun Age: · Xiuqun Lu Age: 57 ...



IRS (.gov)
https://www.irs.gov › active-ea-foia-listing-nov-2025

## Active enrolled agents listing (CSV)

... **B**-182/1 SAINIK ENCLAVE PART 3 CRPF CAMP,,,DELHI,,11007,India ... **St** ,,,SOUTH DARTMOUTH,MA,02748,United States,,,,,,,,, Lisa,M,Aakjar,7 Stream Ct ...  <u>Read more</u>



Realtor.com
https://www.realtor.com › ... › Rosemead › Mission Dr

## 8902 Mission Dr, Rosemead, CA 91770

View 12 photos for 8902 Mission Dr, Rosemead, CA 91770, a **1 bed, 1 bath, 396 Sq. Ft. single family home** built in 1946 that was last sold on 01/31/2017.



dandb.com
https://www.dandb.com › businessdirectory › rosemead-...

## ROSEMEAD, California Business Data - Business Services, Nec ...

RESEDA MUTUAL LIMITED PARTNERSHIP A CALIFORNIA LIMITED PARTNERSHIP. **8902 MARSHALL ST APT** A **ROSEMEAD, CA 91770**. view profile. get credit report · P. PASCASIO ...



B2BHint
https://b2bhint.com › company › us-ca › long-hang-tru...

## LONG HANG TRUCKING INC – 6354917 – California

LONG HANG TRUCKING INC American (California) company, Company number: 6354917, Incorporation Date Aug 20, 2024;, Address: **8902 MARSHALL ST APT B, ROSEMEAD**, ...

civiclive.com
https://cdnsm5-hosted.civiclive.com › Planning

## City of Rosemead 2021-2029 Housing Element

**Rosemead**, **CA 91770**. Attn: Victor Ybarra or Dominic. Cimarusti. (626) 444-6050 ... ROSEMEAD CA ABELINE **ST**/TEMPLE CITY **BLVD**. 8577008060. Mixed Use High ... <u>Read more</u>

228 pages

## People also search for

| 8902 marshall st apt b rosemead ca 91770 **rent** | 🔍 | 8902 marshall st apt b rosemead ca 91770 **price** | 🔍 |
| 8902 marshall st apt b rosemead ca 91770 **address** | 🔍 | | |

1  2  3  4  5  6  7  8  9  Next

Help   Send feedback   Privacy   Terms

# Exhibit 6

🔍 Search company or agent name

Home › Florida › Deltona

# J & Y Stucco LLC

**Active**   Updated 10/12/2025 10:10:45 AM

J & Y Stucco LLC is a business entity based in Deltona, FL. Established recently on May 10, 2022, this Florida Limited Liability Company is recognized under the document number L22000220075. Governed by the Florida Department Of State, the company is listed in active status in state records.

The principal and mailing address of the company is situated at 1958 S Viscaya Cir, Deltona, FL 32738. This address serves as the central hub for the company's activities and communications.

Overseeing the operations and compliance of this Florida Limited Liability Company is Zamora Herrera, Jarol, who serves as the registered agent. He is based at the same address as the company's principal address.

The guiding force behind this is Zamora Herrera, Jarol from Deltona FL, holding the position of Manager.

Entity's FEI/EIN number is 88-2476439. The company made its last annual reports available on March 14, 2025

## ⓘ Filing information

| | |
|---|---|
| **Company Name** | J & Y Stucco LLC |
| **Entity type** | Florida Limited Liability Company |
| **Governing Agency** | Florida Department Of State |
| **Document Number** | L22000220075 |
| **FEI/EIN Number** | 88-2476439 |
| **Date Filed** | May 10, 2022 |
| **Company Age** | 3 years 8 months |
| **Effective Date** | 5/10/2022 |
| **State** | FL |
| **Status** | Active |

*The data on J & Y Stucco LLC was extracted from the Florida Department of State's Division of Corporations business entities index (https://dos.fl.gov/sunbiz/) as of 10/12/2025.*

## ☎ Company Contacts

### 📍 Principal Address

1958 S Viscaya Cir
Deltona, FL 32738
Changed: 9/15/2022
**Principal address for 5 entities. See all →**

### ✉ Mailing Address

1958 S Viscaya Cir
Deltona, FL 32738
Changed: 9/15/2022

### 👥 Registered Agent Name & Address

**Zamora Herrera, Jarol**
1958 S Viscaya Cir
Deltona, FL 32738
Address Changed: 3/14/2025

### 👥 Authorized Person(s) Details

Manager
**Zamora Herrera, Jarol**
1958 S Viscaya Cir
Deltona, FL 32738

## Discover, Verify, and Trust — with BizProfile

BizProfile helps you make confident business decisions by giving you instant access to official U.S. company registration data — all in one place. Whether you're verifying a new partner, preparing for a deal, or exploring market opportunities, our data turns uncertainty into clarity.

**Due Diligence & Risk Checks**
Before signing a contract, quickly verify a company's legal status, incorporation date, officers, and registered address. Identify inactive or suspicious entities before they become a problem.

**KYC & Compliance Verification**
Meet your compliance requirements effortlessly. Cross-check company information, EINs, and key personnel to ensure accuracy and prevent fraud.

**Lead Generation & Sales Intelligence**
Find potential clients or suppliers by industry, state, or company size. Use BizProfile data to build targeted prospect lists and enrich your CRM with verified business information.

**Competitive & Market Research**
Explore corporate networks, identify emerging players, and analyze competitors' structures and activity across states. Gain insight into new markets with up-to-date public records.

**Payment & Contract Accuracy**
Validate legal names, EINs, and registered addresses before issuing invoices or making payments — reducing costly errors and rework.

**Legal & Investigative Work**
Support case preparation and background research with official company data, including officer history and filing records.

---

ⓘ **Annual Reports**

**Report Year**  2025
**Filed Date**  03/14/2025

**Report Year**  2023
**Filed Date**  03/16/2023

**Report Year**  2024
**Filed Date**  04/23/2024

---

⧉ Document Images

📅 03/14/2025 -- ANNUAL REPORT

⬋ View image in PDF

📅 04/23/2024 -- ANNUAL REPORT

⬋ View image in PDF

📅 03/16/2023 -- ANNUAL REPORT

⬋ View image in PDF

📅 05/10/2022 -- Florida Limited Liability

View image in PDF

## ⊙ Other companies in Deltona

[Gq Revolution, LLC](#)

[Ambrose Amity LLC](#)

[Color Revamp LLC](#)

Bizprofile.net is an online directory offering comprehensive information on registered business entities across the US

Home     About     Get in touch

**info@bizprofile.net**     Privacy policy     Terms of Use

© 2025 Outer Alignment Media Inc. All rights reserved

# Exhibit 7

 1958 S Viscaya Cir Deltona, FL 32738



Map data ©2026

## 1958 Viscaya Cir S

Deltona, FL 32738

Directions Share

Most popular places at this address

J&Y Construction Service Inc

Zillow
https://www.zillow.com › ... › Deltona › 32738

1958 S Viscaya Cir, Deltona, FL 32738

**1958 S Viscaya Cir, Deltona, FL 32738** is currently not for sale. The vacant lot last sold on 2021-11-24 for $410000, with a recorded lot size of 1.19 acres ...

MyFlorida.com (.gov)
https://search.sunbiz.org › Inquiry › SearchResults › Det...

J & Y Stucco llc - Detail by Entity Name - Division of Corporations

      

https://search.sunbiz.org › Inquiry › SearchResultDetail

### Detail by Entity Name - Sunbiz - Division of Corporations

Principal Address. **1958 S VISCAYA CIR DELTONA**, FL 32738. Changed: 09/15/2022. Mailing Address. **1958 S VISCAYA CIR DELTONA**, FL 32738. Changed: 09/15/2022. Read more

 Realtor.com
https://www.realtor.com › ... › Deltona › Viscaya Cir

### 1959 S Viscaya Cir, Deltona, FL 32738

See sales history and home details for 1959 S Viscaya Cir, Deltona, FL 32738, a 4 bed, 2.5 bath, 2104 Sq ... **1958 S Viscaya Cir, Deltona, FL 32738**, $502,000, -, - ... Read more

 Zillow
https://www.zillow.com › ... › Deltona › 32738

### 1959 S Viscaya Cir, Deltona, FL 32738

**1959 S Viscaya Cir, Deltona, FL 32738** is currently not for sale. The 2050 Square Feet single family home is a 4 beds, 3 baths property.

 MyFlorida.com (.gov)
https://notaries.dos.fl.gov › NotSearch › zipco..

### Commissioned Notaries Public

Commissioned Notaries Public. Name, Birth Date, Notary ID, Commission, Expire Date, Bnd Agy ID, Address. Clark, A Keith, 11/26/XX, 98998, CC 177789 ... Read more

 MyFlorida.com (.gov)
https://search.sunbiz.org › Inquiry › SearchResultDetail

### Detail by Officer/Registered Agent Name - Sunbiz

**1958 S VISCAYA CIR DELTONA**, FL 32738. Mailing Address. **1958 S VISCAYA CIR DELTONA**, FL 32738. Registered Agent Name & Address ARENCIBIA CRUZ, DARIT. 1659 DUNLAP ... Read more

 Redfin
https://www.redfin.com › Florida › Deltona

### 1935 S Viscaya Cir, Deltona, FL 32738

1935 S Viscaya Cir is **a 1,720 square foot house on a 0.96 acre lot with 2 bedrooms and 2 bathrooms**. - it last sold on November 22, 2023 for $405,000. Read more



City. Name. Address 1. Zip Code. Phone. 24-Hour Chain Name. ALACHUA. CVS PHARMACY. 15174 NW US RTE 441. 32616. 386 462-1323. N. CVS PHARMACY INC. ALACHUA. Read more

 Scribd
https://www.scribd.com › document

## 10000000082 | PDF

This document provides notice that Allied Systems Holdings, Inc. and certain affiliated debtor companies (collectively referred to as "Debtors") have filed ... Read more

## People also search for

| 1958 s viscaya cir deltona fl 32738 **address** | 1958 s viscaya cir deltona fl 32738 **price** |
|---|---|

1  2  3  4  5  6  7       Next

Help     Send feedback     Privacy     Terms

# Exhibit 8

🔍 Search company or agent name

Home › New York › New York

# Heyblack International Trade Inc.

**Active** Updated 11/7/2025 6:50:00 PM

Heyblack International Trade Inc., a Business Corporation, is a business entity located in New York, NY. Officially filed on March 26, 2024, this corporation is recognized under the document number 7290072. Governed by the New York Department of State, the corporation maintains an active filing status.

The mailing address of the corporation is located at 52-14 Flushing Avenue, Maspeth, NY, 11378, serving as the central hub for its business operations and correspondence.

ⓘ  **Filing information**

| | |
|---|---|
| Company Name | Heyblack International Trade Inc. |
| Entity type | Business Corporation |
| Governing Agency | New York Department of State |
| Document Number | 7290072 |
| Date Filed | March 26, 2024 |
| Company Age | 1 year 10 months |
| State | NY |
| Status | **Active** |
| Effective Date Initial Filing | 3/26/2024 |
| Next Statement Due Date | 3/31/2026 |
| Nfp Category | No-answer |
| Jurisdiction | New York, United States |
| Sectionof Law | Business Corporation - 402 Business Corporation Law - Business Corporation Law |
| Statement Status | Current |
| County | Queens |

| | |
|---|---|
| Is The Entity A Farm Corporation | No |

*The data on Heyblack International Trade Inc. was extracted from the New York Department of State's Division of Corporations (https://apps.dos.ny.gov/publicInquiry/) as of 11/7/2025.*

##  Company Contacts

### ✉ Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**The Corporation**
52-14 Flushing Avenue
Maspeth, NY, 11378

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

# Discover, Verify, and Trust — with BizProfile

BizProfile helps you make confident business decisions by giving you instant access to official U.S. company registration data — all in one place. Whether you're verifying a new partner, preparing for a deal, or exploring market opportunities, our data turns uncertainty into clarity.

**Due Diligence & Risk Checks**
Before signing a contract, quickly verify a company's legal status, incorporation date, officers, and registered address. Identify inactive or suspicious entities before they become a problem.

**KYC & Compliance Verification**
Meet your compliance requirements effortlessly. Cross-check company information, EINs, and key personnel to ensure accuracy and prevent fraud.

**Lead Generation & Sales Intelligence**
Find potential clients or suppliers by industry, state, or company size. Use BizProfile data to build targeted prospect lists and enrich your CRM with verified business information.

**Competitive & Market Research**
Explore corporate networks, identify emerging players, and analyze competitors' structures and activity across states. Gain insight into new markets with up-to-date public records.

**Payment & Contract Accuracy**
Validate legal names, EINs, and registered addresses before issuing invoices or making payments — reducing costly errors and rework.

**Legal & Investigative Work**

Support case preparation and background research with official company data, including officer history and filing records.

---

ⓘ **Filing History**

**File Date**   4/12/2024
**Cert Code**   27
**Document Type**   Certificate Of Change By Entity
**Description**   County,service Of Process
**Pages**   3
**File Number**   240412002049

**File Date**   3/26/2024
**Cert Code**   01
**Document Type**   Certificate Of Incorporation
**Description**
**Pages**   2
**File Number**   240326004064

---

◎ **Other companies in New York**

Kol Bat Yisrael LLC

C&fm Carmichael LLC

Jinhfl LLC

Bizprofile.net is an online directory offering comprehensive information on registered business entities across the US

© 2025 Outer
Alignment Media
Inc. All rights
reserved

© 2025 Outer
Alignment Media
Inc. All rights
reserved

# Exhibit 9

 52-14 Flushing Avenue Maspeth, NY, 11: ✕ | 🎤 📷 🔍 🧪

AI Mode    **All**    Maps    Images    Shopping    Short videos    Videos    More ⌄    Tools ⌄



Map data ©2026 Google

## 52-14 Flushing Ave

Maspeth, NY 11378

🧭 Directions   ⬆ Share

Most popular places at this address

**Ace Atlas**

3.0      (11)

 - Ace - Atlas
https://ace-atlas.com › contact

### Contact ⋮

... Call (718)497-3003. Get in Touch. Ace-Atlas **52-14 Flushing Ave**, **Maspeth NY 11378**. "*" indicates required fields. Your Name*. Your Email*. Phone. Message. Name. Read more

 MapQuest
https://www.mapquest.com › ... › New York › Maspeth

### Ace Atlas, 5214 Flushing Ave, Maspeth, NY 11378, US

      

https://streeteasy.com › Buildings › Queens › Maspeth

## 52-14 Flushing Avenue in Maspeth

52-14 Flushing Avenue is **a commercial building located in Maspeth, NY**. 52-14 Flushing Avenue was built in 1940 and has 1 story and 1 unit.  Read more

 Bloomberg.com
https://www.bloomberg.com › profile › company

## Ace-Atlas Corp - Company Profile and News

Ace-Atlas Corp ; INDUSTRY. Industrial Services ; SUB-INDUSTRY. Engineering & Construction ; INCORPORATED. 03/29/1971 ; ADDRESS. **52-14 Flushing Avenue Maspeth, NY** ...  Read more

 Better Business Bureau
https://www.bbb.org › ... › Heating Contractors

## Ace Atlas Corp | BBB Business Profile

**52-14 Flushing Avenue**. Maspeth, NY 11378-3020. BBB Accreditation & Rating. Ace Atlas Corp is NOT a BBB Accredited Business. To become accredited, a business ...  Read more

 Master Plumbers Council
https://nycmpc.org › members

## Joseph Vessio, Ace-Atlas Plumbing & Heating

Nov 4, 2025 — **52-14 Flushing Avenue Maspeth** · New York 11378 United States [ Map ], 718-366-5714 (Phone) 718-821-8772 (Fax). LMP License #:, 1369. Service ...  Read more

 Yelp
https://www.yelp.com › biz › ace-atlas-maspeth

## ACE ATLAS - 5214 Flushing Ave, Maspeth, New York

5214 **Flushing Ave**. **Maspeth**, **NY 11378**. **Maspeth**. Directions. (718) 497-8350. Call Now. Hours. What time does Ace Atlas open? What time does Ace Atlas close?  Read more

1.0          (1)

Missing: ~~52-14~~ | Show results with: 52-14

 - Ace - Atlas
https://ace-atlas.com

## - Ace - Atlas

New York City's Full-Service Heating Company Since 1954 ; Service and Installation. **Ace-Atlas provides a comprehensive selection of boiler repair services**.  Read more



Ace Atlas Corporation, **52-14 Flushing Ave, Maspeth, NY** holds a Oil Burner Installer B license and 5 other licenses according to the New York license board.   Read more

  BrokerSnapshot
https://brokersnapshot.com › Company

ACE HEATING INC

Mar 24, 2025 — Secretary of State ; Street. ACE-ATLAS CORP., **52-14 FLUSHING AVENUE, MASPETH, NY, 11378** ; Locality. MASPETH ; Region. NY ; Zip. 11378.  Read more

# People also search for

| | | |
|---|---|---|
| 52 14 flushing avenue maspeth ny 11378 **owner** | 52 14 flushing avenue maspeth ny 11378 **phone number** | |
| 52 14 flushing avenue maspeth ny 11378 **reviews** | **Ace and atlas** | |

1  2  3  4  5  6  7  8  9  10      Next

Help      Send feedback      Privacy      Terms