### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lishui Mpin Toys Co., Ltd., | § | |
| | § | CASE No: 1:26-cv-945 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| Sentk LLC, | § | |
| J & Y Stucco LLC, Heyblack International | § | |
| Trade Inc., Shenzhen Yongsheng | § | |
| Technology Co., Ltd., and Qin Lu. | § | |
| | § | |
| Defendant. | § | |

### DECLARATION OF QIN LU

I, Qin Lu, declare under penalty of perjury as follows:

1.      I am a Shareholder of Defendant Shenzhen Yongsheng Technology Co., Ltd. ("Shenzhen Yongsheng"). I submit this declaration in support of Defendants Shenzhen Yongsheng Technology Co., Ltd. and Qin Lu's Motion to Dismiss for Lack of Personal Jurisdiction.

2.      I have personal knowledge of the facts stated in this declaration, except where stated on information and belief, and if called as a witness I could and would testify competently to them.

3.      Shenzhen Yongsheng is a company organized under the laws of China, with its principal place of business in Shenzhen, China.

4.      Shenzhen Yongsheng does not maintain an office in Illinois.

5.      Shenzhen Yongsheng does not own or lease real property in Illinois.

6.      Shenzhen Yongsheng does not maintain bank accounts in Illinois.

7.      Shenzhen Yongsheng does not have employees based in Illinois.

8.      Shenzhen Yongsheng is not registered to do business in Illinois.

1

9. Shenzhen Yongsheng does not itself sell products to U.S. consumers through TikTok.

10. Shenzhen Yongsheng does not itself arrange, control, or direct shipments to the United States or Illinois. If any products associated with Shenzhen Yongsheng were later sold or shipped to consumers in Illinois, that did not occur through Shenzhen Yongsheng's own retail sales activity.

11. I personally do not reside in Illinois, do not own property in Illinois, and do not maintain an office or employees in Illinois.

12. I am not registered to do business in Illinois.

13. I do not maintain a registered agent for service of process in Illinois.

14. I have no offices, employees, or agents, facilities or mailing addresses in Illinois.

15. I do not own, use, or possess any real or personal property in Illinois.

16. I have never paid taxes in Illinois.

17. I have never held any bank accounts in Illinois.

18. I do not maintain any corporate files in Illinois.

19. I have never warehoused or stored inventory in Illinois.

20. I have never directed advertising or marketing toward Illinois.

21. I have never conducted any directors' meetings in Illinois.

22. I have never consented to jurisdiction in Illinois.

23. I did not direct any Illinois-specific communication, notice, or enforcement activity toward Illinois residents or Illinois businesses. Any copyright registration filings identified in the Complaint were filed with a federal office and were not directed specifically at Illinois.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/30/2026

_Qin Lu_

Qin Lu

3