**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Lishui Mpin Toys Co., Ltd. | |
|      Plaintiff, | Case No. 1:26-cv-945 |
| vs. | |
| Sentk LLC, J & Y Stucco LLC, Heyblack International Trade Inc., Shenzhen Yongsheng Technology Co., Ltd., and Qin Lu. | **District Judge**: Honorable Matthew F. Kennelly |
|      Defendants. | |

**[PROPOSED] REVISED PRELIMINARY INJUNCTION ORDER**

Plaintiff, Lishui Mpin Toys Co., Ltd., filed a motion for preliminary injunction, including a preliminary injunction against Defendants Sentk LLC, J & Y Stucco LLC, Heyblack International Trade Inc., and Shenzhen Yongsheng Technology Co., Ltd. (collectively, "Defendants"), that sought to enjoin the manufacture, importation, distribution, offering for sale, and sale of Accused Products, a temporary asset restraint, and expedited discovery (Dkt. Nos. 27, 28).

After a review of the Moving Documents, the Complaint, and the evidence submitted through Exhibits and Declarations in support of the Motion for Temporary Restraining Order ("TRO") and Plaintiff's Motion for Preliminary Injunction, the Court entered a Preliminary Injunction Order on February 17, 2026 (Dkt. 30).

On March 23, 2026, Defendants filed a motion to dissolve or, alternatively, modify the Preliminary Injunction Order (Dkt. 40). On April 10, 2026, the Court held a hearing on that Motion.

1

The Court hereby enters the following Revised Preliminary Injunction Order, which supersedes and replaces the prior Order (Dkt. 30). This Revised Order shall remain in effect pending this litigation, unless and until otherwise ordered by the Court.

The Court hereby ORDERS as follows:

1.      Defendants, and their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them, are temporarily enjoined and restrained from advertising, offering for sale, selling, importing, distributing, or otherwise trafficking in the specific accused products identified in Exhibit A to this Revised Order (the "Accused Products").

2.      For purposes of this Revised Order, the Accused Products are limited to the specific TikTok Shop product listings identified in Exhibit A. This Revised Order does not apply to products or listings not specifically identified in Exhibit A.  This Order does not prohibit the sale of any product listings not listed on Exhibit A.

3.      Defendants shall not create substitute, duplicate, mirror, successor, or replacement listings for the Accused Products identified in Exhibit A for the purpose of circumventing this Revised Order.

4.      Upon service of this Revised Order, any third party with actual notice of this Revised Order that provides services in connection with Defendants' TikTok Shop accounts, including TikTok and any relevant payment processor or financial institution, shall, within five (5) calendar days

> a.      disable the specific listings identified in Exhibit A;
>
> b.      preserve and maintain records relating to those specific listings and the proceeds generated from those listings; and

      c.     Maintain the freeze on all funds associated with Defendants' TikTok Shops; *and*

      d.     for the avoidance of doubt, Section 4(a) does not apply to any listing that is not identified in Exhibit A.

5.     To the extent any funds have already been frozen in connection with this action, such funds shall remain restrained.

6.     Nothing in this Revised Order requires the deactivation, suspension, termination, or closure of Defendants' TikTok Shop accounts in their entirety.

7.     If TikTok or any other third party has already deactivated, suspended, terminated, or otherwise disabled any of Defendants' TikTok Shop accounts solely based on the Preliminary Injunction Order previously entered in this case (Dkt. 30), this Revised Order supersedes and replaces that prior Order in full, and that prior Order is no longer in force or effect. Unless otherwise compelled by this Revised Order, such account(s) shall be restored to active status within five (5) calendar days of notice of this Revised Order, provided that the specific listings identified in Exhibit A may remain disabled in accordance with Paragraph 4(a).

8.     Defendants shall not transfer, conceal, dissipate, or otherwise dispose of funds subject to the freeze imposed by Paragraphs 4(c) and 5, except by further order of the Court.

9.     The bond previously posted by Plaintiff shall remain in place and shall continue to satisfy Rule 65(c) unless and until the Court orders otherwise.

10.     Except as revised herein, all other issues concerning the scope, merits, duration, and ultimate disposition of preliminary injunctive relief are reserved.

11.     This Revised Order shall remain in effect until the commencement of the continued preliminary injunction hearing, unless otherwise ordered by the Court.

Matthew F. Kennelly
United States District Judge

4

**Exhibit A**

Defendants' Accused products

| Entity | Store Name | Username | Accused Products URL |
|---|---|---|---|
| Sentk LLC | WinkToys Blocks Wonderland | @winktoys.shop | https://www.tiktok.com/shop/pdp/building-block-bear-from-winktoys-educational-decorative-gift/1729760573106458911?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts <br><br> https://www.tiktok.com/shop/pdp/building-block-kitten-by-winktoys-cat-toys-for-ages-6-and-up/1730753543520555295?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts <br><br> https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-twilight-oddities-series/1730139271200346399?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts <br><br> https://www.tiktok.com/shop/pdp/rabbit-building-block-set-by-winktoys-for-kids-age-6-and-up/1730081867376202015?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts <br><br> https://www.tiktok.com/shop/pdp/free-gift-2000pcs-bear-building-blocks-set-random-style/1731719490285834527 <br><br> https://www.tiktok.com/shop/pdp/rabbit-building-block-set-by-winktoys-creative-fun-for-ages-6/1729837839778156831 <br><br> https://www.tiktok.com/shop/pdp/winktoys-champion-racer-bear-building-blocks-toy-set-for-kids/1731563514451628319 |

5

| | | | |
|---|---|---|---|
| | | | https://www.tiktok.com/shop/pdp/building-block-toy-by-winktoys-bear-educational-gift-for-ages-6/1730882029006131487 |
| J & Y Stucco LLC | WinkToys Blocks World | @winktoys_official | https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-ages-6/1729823054198707087?source=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance_tt_scene=seo<br><br>https://www.tiktok.com/shop/pdp/rabbit-building-block-set-by-winktoys-for-kids-age-6-with-hammer/1730081302866334607?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-ages-6/1729823054198707087<br><br>https://www.tiktok.com/shop/pdp/rabbit-building-block-set-by-winktoys-for-kids-6-diy-puzzle-kit/1729836645854319503<br><br>https://www.tiktok.com/shop/pdp/2000pcs-bear-building-blocks-winktoys-fun-toy-set-includes-parts/1731719274691466127 |
| Hey black International Trade Inc. | WinkToys building block | @winktoys.bear | https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-boys-girls/1730294099130617999?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-set-by-winktoys-educational-toy-for-boys-girls/1730296270209323151?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-educational-fun-gift-for-kids/1730296545863307407?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-by-winktoys-educational-toy-for-kids/1730295759539048591?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |

| | | | https://www.tiktok.com/shop/pdp/seal-bearbear-building-block-set-by-winktoys-educational-toy-for-kids/1730296068455305359?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=ttshttps://www.tiktok.com/<br><br>https://www.tiktok.com/shop/pdp/bear-building-blocks-by-winktoys-educational-toy-for-kids-9-45-x-5-91-in/1730296019253170319?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-by-winktoys-educational-toy-for-boys-girls/1730296497370271887?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/mechanical-bear-building-block-by-winktoys-educational-puzzle-toy/1730296078809731215?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-blocks-bear-toy-by-winktoys-educational-play-set-for-kids/1730763059480465551?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-with-red-heart-by-winktoys-9-45-educational-toy/1730618035029577871?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-by-winktoys-educational-toy-for-kids-9-45x5-91x16-93/1730762989659197583?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/skateboard-bear-by-winktoys-building-block-toy-educational-gift/1730911298136281231?source=ecommerce_store&enter_from=e |
|---|---|---|---|

| | | | commerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
|---|---|---|---|
| | | | https://www.tiktok.com/shop/pdp/bear-building-block-by-winktoys-7-87-inch-educational-toy-gift/1730911270113284239?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
| | | | https://www.tiktok.com/shop/pdp/bear-building-block-by-winktoys-educational-toy-set-for-kids/1730763031207710863?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
| | | | https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-purple-bouquet-series-7-87-inches/1730911308136812687?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
| | | | https://www.tiktok.com/shop/pdp/guitar-bear-building-block-by-winktoys-educational-toy-gift-for-kids/1730911241048526991?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
| | | | https://www.tiktok.com/shop/pdp/doodle-bear-building-block-by-winktoys-educational-birthday-gift/1730763042884391055?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
| | | | https://www.tiktok.com/shop/pdp/bear-building-block-by-winktoys-educational-birthday-gift-for-kids/1730911209527218319?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |
| | | | https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-educational-gift-for-kids/1730296314606555279?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts |

| | | | https://www.tiktok.com/shop/pdp/building-block-bear-by-winktoys-educational-birthday-gift-for-kids/1730911201894371471?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/kitten-building-block-by-winktoys-cool-cat-toys-gift-idea/1731191920598028431?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/jinx-bear-building-block-winktoys-educational-gift-family-fun/1731470055562514575?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-with-block-parts-and-puzzle-drawings/1730763027124818063?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-toy-7-87in-winktoys-educational-gift-for-kids/1730911098637488271?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/bear-building-block-by-winktoys-educational-toy-for-boys-and-girls/1730911208324436111?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-educational-gift-7-87x5-51in/1730911249510731919?source=ecommerce_store&enter_from=ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-toy-by-winktoys-educational-gift-for-boys-girls/1730911331044659343?source=ecommerce_store&enter_from= |
|---|---|---|---|

9

| | | | ecommerce_store&enter_method=feed_list_store_list_product&first_entrance=tts<br><br>https://www.tiktok.com/shop/pdp/building-block-bear-by-winktoys-educational-toy-for-ages-6-and-up/1729696674697154703<br><br>https://www.tiktok.com/shop/pdp/bear-building-block-set-by-winktoys-educational-toy-for-boys-girls/1730294099130617999<br><br>https://www.tiktok.com/shop/pdp/free-gift-2000pcs-bear-building-blocks-set-for-kids-adults/1731719213572460687 |