**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Lishui Mpin Toys Co., Ltd., §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>Sentk LLC, J & Y Stucco LLC, Heyblack §<br>International Trade Inc., Shenzhen §<br>Yongsheng Technology Co., Ltd., and Qin §<br>Lu. §<br>§<br>*Defendants.* § | CASE No: 1:26-cv-945 |

**DEFENDANTS' PROPOSED SCHEDULE**

Defendants, by and through their undersigned counsel, submit this Stipulation for Entry of a Proposed Briefing and Expedited Discovery Schedule with respect to a potential preliminary injunction, and in support state as follows:

1. Plaintiff renews Motion for Preliminary Injunction: April 22, 2026.

2. Expedited Discovery Opens: April 22, 2026.

3. Scope of Expedited Discovery: Expedited discovery shall be limited to issues necessary to resolve Plaintiff's request for preliminary injunctive relief until the preliminary injunction hearing is concluded or the motion is otherwise taken under advisement. After that time, the scope of discovery shall be governed by the Federal Rules of Civil Procedure and any further order of the Court.

4. Responses to Expedited Discovery: Responses and objections to expedited discovery requests shall be served within fourteen (14) days after service of the requests.

5. All depositions relating to Plaintiff's request for preliminary injunctive relief shall be completed on or before June 22, 2026.

1

6.  Defendants shall file their opposition to Plaintiff's request for preliminary injunctive relief on or before July 6, 2026.

7.  Plaintiff shall file its reply in support of preliminary injunctive relief on or before July 13, 2026.

8.  The continued hearing on Plaintiff's request for preliminary injunctive relief shall be set by this Honorable Court at a time convenient for the Court.

Date: April 17, 2026

/s/ Wei Wang

Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Ste. 2529
New York, NY 10010
wei.wang@glacier.law
(212) 729-5073
**_Attorney for Defendants_**