**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LISHUI MPIN TOYS CO., LTD.**, <br><br> Plaintiff, <br><br> ~ *versus* ~ <br><br> **SENTK LLC***;* <br> **J & Y STUCCO LLC***;* <br> **HEYBLACK INTERNATIONAL TRADE INC.***;* **SHENZHEN YONGSHENG TECHNOLOGY CO., LTD.***; and* <br><br> **QIN LU**, <br><br> Defendants. | Case No. **1:26-cv-945** <br><br> **District Judge**: <br> The Honorable Matthew F. Kennelly <br><br> **Magistrate Judge**: <br> The Honorable Albert Berry, III |

**PLAINTIFF'S PROPOSED SCHEDULE**

Plaintiff, by and through its undersigned counsel, submit this Stipulation for Entry of a Proposed Briefing and Expedited Discovery Schedule with respect to a potential Motion to Vacate the Preliminary Injunction, and in support state that the Parties have agreed to the following terms;

1. **Defendants may renew their Motion to Vacate Preliminary Injunction**: on or before April 20, 2026, which Motion may consist only of a Notice of Motion with supporting material (any Affidavits in Support and/or Memoranda of Law) due by June 29, 2026, as more fully described in the briefing schedule below.

2. **Expedited Discovery Opens**: April 20, 2026.

3. **Scope of Expedited Discovery**: Expedited discovery shall be limited to factual issues underlying the Defendants' renewed Motion to Vacate the Preliminary Injunction. The scope of such discovery shall include the factual basis for each element necessary to

1

maintain a Preliminary Injunction, the disposition of funds allegedly earned from the alleged infringement, and other issues directly or indirectly related to the maintenance of the Preliminary Injunction.

4. **The scope of the Expedited Discovery** may include Interrogatories from each side to the other that number not more than twenty (20); Demands for Inspection by each side; document requests sufficient to establish or disprove the elements necessary to obtain a Preliminary Injunction; two (2) depositions of each side, which shall include for the Plaintiff: (i.) He Yan; and (ii.) Liu Jiuzhou; and for the Defendant it shall be: (i.) Lu Qin; and (ii.) Zhang Xiang. Nothing in this Stipulation related to Expedited Discovery shall limit the parties' rights under Rule 26 of the Federal Rules and other rights related to Discovery.

5. Responses to Expedited Discovery: Written responses and objections to expedited discovery requests shall be served on or before May 4, 2026.

6. The Inspection(s) shall take place in China on the week of May 4, 2026 (when Plaintiff's U.S. Counsel will be in China). The Parties shall cooperate on any stipulation necessary to allow such Inspection to take place, including making it subject to a later-obtained Letters Rogatory if necessary.

7. The Parties shall endeavor to take at least one deposition from each side during the week of May 4, 2026, in Hong Kong, to the extent practicable, and as coordinated by the Parties.

8. All depositions shall be completed on or before June 1, 2026. To the extent that further depositions are required, the Parties shall meet and confer on any such further depositions.

| Deleted: request for preliminary injunctive relief until the preliminary injunction hearing is concluded or the motion is otherwise taken under advisement. |

| **Deleted:** <#> After that time, the scope of discovery shall be governed by the Federal Rules of Civil Procedure and any further order of the Court.¶ |
| **Deleted:** <#>R |
| **Deleted:** <#>within |
| **Deleted:** fourteen (14) days after service of the requests. |

| **Deleted:** relating to Plaintiff's request for preliminary injunctive relief |
| **Deleted:** June |
| **Deleted:** 22 |

9. Defendants shall file their post-Discovery supporting material for the Motion to Vacate the Preliminary Injunction on or before June 29, 2026.

10. The Plaintiff may file their opposition to the Motion to Vacate on or before July 20, 2026.

11. Defendants may file its reply in further support of the Motion to Vacate on or before August 3, 2026.

12. The continued hearing on Defendants' Renewed Motion to Vacate the Prelimianry Injunction shall be set by this Honorable Court at a time convenient for the Court.

DATED: April 17, 2026

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Attorney for Plaintiff*

**Deleted:** opposition to Plaintiff's request for preliminary injunctive relief on or before July 6, 2026.

**Deleted:** <#>Plaintiff shall file its reply in support of preliminary injunctive relief on or before July 13, 2026.¶

**Deleted:** <#>Plaintiff's

**Deleted:** <#>request for preliminary injunctive relief

3