**Baruch S. Gottesman**
Attorney and Counselor at Law

July 20, 2026

**Via ECF**
The Hon. District Judge Matthew F. Kennelly
United States District Court for the
Northern District of Illinois
219 S. Dearborn Street, Chambers 2188
Chicago, IL 60604

> Re:   Plaintiffs' Letter-Motion on Consent to Seal
> Transcript and three Excerpts in
> Lishui Mpin Toys Co., Ltd. v. Sentk LLC
> Case No. 1:26-cv-00945 (N.D.Ill.)

To the Honorable Judge Kennelly:

I represent the Plaintiff in the matter of *Lishui Mpin Toys Co., Ltd. v. Sentk LLC*, Case No. 26-cv-00945 (N.D.Ill.). Consistent with the Honorable Court's scheduling Order dated June 26, 2026 (ECF 65), the Plaintiff is contemporaneously submitting five (5) Motions related to the ongoing Discovery.

This Letter will provide a roadmap and user guide to these Motions.

In addition, at the request of the Defendants, the two relevant Depositions are being filed in full under seal as Exhibits to this Letter under a separate ECF filing. Further, the Defendant has asked that a short section of the Memorandum in Support of Motion for Sanctions against SYT on page 9 be redacted. And unredacted version of that Motion is also annexed.

The Exhibits are:

Exhibit A - Deposition of Qin Lu
Exhibit B - Xiang Zhang
Exhibit C – Unredacted Version of Memorandum of Law in Support

The basis for this redaction and for filing under Seal is the position of Defendants' Counsel that these transcripts on the whole (and the redacted section of the Memo) contain sensitive business information subject to the confidentiality order. Without conceding the applicability of the confidentiality order to the Transcripts, the Plaintiff has agreed to cooperate with the Defendants' request.

The substantive Motions are as follows:

1. Motion for Sanctions against Defendants SYT and Qin Lu for Spoliation of Evidence
2. Motion for Sanctions against three US Corporate Defendants for Spoliation of Evidence

Letter to Hon. District Judge Matthew F. Kennelly
July 20, 2026
Page 2 of 2

> *(Note: the Defendants separately destroyed key relevant evidence. Given the unique circumstances of the two separate incidents of spoliation, it was necessary to file these are separate Motions)*

3. Motion for Sanctions against Defendant SYT for failure to produce a corporate representative with knowledge;
4. Motion for Sanctions against three U.S. Corporate Defendants for failure to produce a corporate representative with knowledge

> *(Note: the Defendants separately produced an unprepared witness as described in the respective Motions. Given the unique circumstances of the two separate corporate representatives, it was necessary to file these are separate Motions)*

5. Motion to Compel production

On behalf of my clients and myself, we want to thank the Honorable Court for their attention to this case.

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

*Served via ECF on all appearing parties*